# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH DAKOTA

## SOUTHERN DIVISION

| | |
|---|---|
| DIW BOL KIIR,<br><br>          Petitioner,<br><br>     vs.<br><br>DARIN YOUNG,<br><br>          Respondent. | 4:20-CV-04087-KES<br><br><br>JUDGMENT |

Under the Order Adopting Report and Recommendation and Dismissing Case, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of respondents and against petitioner, Diw Bol Kiir.

DATED this 27th day of October, 2020.

BY THE COURT:

/s/ *Karen E. Schreier*

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE